UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:14CR00049-1 |
| ) | |
| Lional Deverger ) | |

## ORDER

On January 20, 2015, this case was before the Court for a revocation hearing, pursuant to Federal Rule of Criminal Procedure 32.1(a)(2).

At the hearing, the Court found that the defendant, Lional Deverger, violated the terms and conditions of supervised release by the use of illegal drugs.

Although the Court finds that the defendant, Lional Deverger, has violated the terms and conditions of probation, the Court has decided not to revoke his probation at this time. The Court will extend the term of probation for a period of 6 months until October 14, 2015, with the modification that the remaining balance of 180 hours of community service be converted into a $900 fine. The Court further ordered the fine be paid in $200 monthly increments; payments are to commence within 30 days of the date of this order. All conditions previously imposed by this Court on April 15, 2014, shall remain in full force and effect.

**SO ORDERED** this 21st day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA